USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSEPH GARCIA,

                          Plaintiff,      1:16-cv-2584 (ALC)

-against-                     <u>ORDER</u>

THOMAS GRIFFIN, ERIC T.
SCHNEIDERMAN

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

By Opinion and Order issued on October 4, 2019, this Court adopted Judge Lehrburger's Report and Recommendation in full, denying Petitioner's Petition for a Writ of Habeas Corpus in its entirety, dismissing the case with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not be issued. See 28 U.S.C. § 2253(c)(2). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See *Coppedge v. United States*, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**SO ORDERED.**

Dated: February 5, 2020

       New York, New York                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**