USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 13, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

   **JOSEPH GARCIA,**

               **Petitioner,**                16-cv-2584 (ALC)
        -against-

                                                 **ORDER**

   **THOMAS GRIFFIN ET AL.,**

               **Respondents.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner's letters. (ECF Nos. 40, 43). Accordingly, Respondent shall file a response by October 27, 2020.

**SO ORDERED.**

**Dated:** October 13, 2020

    New York, New York                                  **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**